## State of Louisiana
## Secretary of State

08/08/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC.
1 SUN LIFE EXECUTIVE PARK, SC1135
WELLESLEY HILLS, MA 02481


Received AUG 1 2 2019 Law Department

Suit No.: 795775
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

DR. OUSSAMA NACHAR
vs
SUNLIFE INSURANCE COMPANY OF CANADA

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E CUMMINS
SCOPE

Date: 08/07/2019
Title: DEPUTY SHERIFF

No: 1129238

SG

**EXHIBIT A**

(101) CITATION: FIRST AMENDING PETITION FOR BREACH OF INSURANCE CONTRACT, STATUTORY PENALTIES AND ATTORNEY'S FEES; PETITION FOR BREACH OF INSURANCE CONTRACT, STATUTORY PENALTIES AND ATTORNEY'S FEES/EXHIBIT 1

190724-1636-5

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

DR OUSSAMA NACHAR
versus
SUNLIFE INSURANCE COMPANY OF CANADA

Case: 795-775  Div: "G"
P 1 OUSSAMA NACHAR DR

To: SUN LIFE FINANCIAL SERVICES COMPANY INC
THRU SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

SOS CK# 011623 $50.00
EBR CK# 011624 $39.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the FIRST AMENDING PETITION FOR BREACH OF INSURANCE CONTRACT, STATUTORY PENALTIES AND ATTORNEY'S FEES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney JULIE QUINN and was issued by the Clerk of Court on the 24th day of July, 2019.

/s/ Marilyn Guidry
Marilyn Guidry, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

---

### SERVICE INFORMATION

(101) CITATION: FIRST AMENDING PETITION FOR BREACH OF INSURANCE CONTRACT, STATUTORY PENALTIES AND ATTORNEY'S FEES; PETITION FOR BREACH OF INSURANCE CONTRACT, STATUTORY PENALTIES AND ATTORNEY'S FEES/EXHIBIT 1

190724-1636-5

Received:_____ Served:_____ Returned:_____

Service was made:
___ Personal     ___ Domicilary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts ___ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

SERVED ON
R. KYLE ARDOIN
AUG 07 2019
SECRETARY OF STATE
COMMERCIAL DIVISION

Service: $_____   Mileage: $_____   Total: $_____
Completed by:_____ #_____
                Deputy Sheriff
Parish of:_____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Filed by: **FAX**
Date: 7/19/19
Time: 1:14 P.M.
Deputy Clerk: _____
(SEE ATTACHED LOG)

Rec. via counter
FILED FOR RECORD 07/23/2019 13:48:10
Kyle S. Hannan, DY CLERK
JEFFERSON PARISH, LA

P1
845

## 24TH DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

CASE NO. 795 775                                                DIVISION G

### DR. OUSSAMA NACHAR

### VERSUS

### SUN LIFE FINANCIAL SERVICES COMPANY, INC.

FILED: _____          _____
                                                              DEPUTY CLERK

### FIRST AMENDING PETITION FOR BREACH OF INSURANCE CONTRACT, STATUTORY PENALTIES AND ATTORNEY'S FEES

NOW INTO COURT, through undersigned counsel, comes Plaintiff Dr. Oussama Nachar, who seeks to amend his original Petition for Breach of Insurance Contract, Statutory Penalties and Attorneys Fees (the "Petition"), as follows:

**I.**

Plaintiff realleges and re-avers all content of his Petition herein as if copied *in extenso*.

**II.**

Plaintiff seeks to amend the *caption* of his Petition to read as follows:

**III.**

Plaintiff seeks to amend Paragraph 1 of his Petition as follows:

1.

Made Defendant herein is Sun Life Financial Services Company, Inc., a foreign insurance company licensed to do and doing business in the State of Louisiana.

**IV.**

Plaintiff amends the Prayer of his Petition as follows:

**WHEREFORE,** Plaintiff Dr. Oussama Nachar prays that Defendant **SUN LIFE FINANCIAL SERVICES COMPANY, INC.** be duly cited and served with a copy of this Petition for Damages and that after due proceedings are had, there be judgment rendered herein in favor of Plaintiff and against Defendants, **SUN LIFE FINANCIAL SERVICES COMPANY, INC.** for his damages, penalties, attorney's fees, legal interest thereon from date of judicial demand until paid, for all costs of this suit, and for all other general and equitable relief deemed



appropriate by this Court.

**WHEREFORE**, plaintiff Dr. Oussama Nachar prays that defendant Sun Life Financial Services Com,pany, Inc. be duly cited and served with a copy of the original Petition for Breach of Insurance Contract, Statutory Penalties and Attorney's Fees and this First Amending Petition for Breach of Insurance Contract, Statutory Penalties and attorney's Fees and that after due proceedings are had, there be judgment rendered in favor of plaintiff Dr. Oussama Nachar and against defendant Sun Life Financial for all damages, penalties, interest from date of judicial demand, attorneys' fees, and for all other general and equitable relief this Court deems just.

Respectfully submitted:

**QUINN ALSTERBERG, LLC**

JULIE QUINN (#21923)
JUSTIN E. ALSTERBERG (#31015)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 522-5607
Facsimile: (504) 302-9360
*Counsel for DR. OUSSAMA NACHAR*

**Please Serve:**

Sun Life Financial Services Company, Inc.
Through its agent for Service of Process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Ck #: 011624
EBRSO $39.36

Ck #: 011623
SOS $50.00



07/24/2019 10:32:31 CERTIFIED TRUE COPY - Pg:2 of 2 - Jefferson Parish Clerk of Court - ID:1990035

Filed by: Fax
Date: 5/31/19
Time: 12:40PM
Deputy Clerk: Rachel Ponce
(SEE ATTACHED LOG)

Rec'd via Counter
FILED FOR RECORD 06/03/2019 11:12:02
Rachel A. Ponce, DY CLERK
JEFFERSON PARISH, LA
835

# 24TH DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

CASE NO. 795-775                                                              DIVISION G

### DR. OUSSAMA NACHAR

### VERSUS

### SUNLIFE INSURANCE COMPANY OF CANADA

FILED: _____        _____
                                                        DEPUTY CLERK

## PETITION FOR BREACH OF INSURANCE CONTRACT, STATUTORY PENALTIES AND ATTORNEY'S FEES

NOW INTO COURT, through undersigned counsel, comes Plaintiff Dr. Oussama Nachar, who avers as follows:

1.

Plaintiff is a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana.

2.

Made Defendant herein is SunLife Assurance Company of Canada ("SunLife"), a foreign insurance company licensed to do and doing business in the State of Louisiana.

3.

Venue is proper in this Court pursuant to La. C.C.P. art 76, as this is an action on a policy of health and accident insurance and Plaintiff is both domiciled in the Parish of Jefferson, and the Parish of Jefferson is where the accident occurred which has led to his disability.

4.

At all relevant times, Dr. Nachar was a medical doctor practicing at Ochsner Hospital, specializing in Nuclear Medicine and PET-CT. As such, Dr. Nachar was required to read Scans (Nuclear Medicine and PET-CT scans) as a critical part of his job.

5.

At all relevant times, during his employment at Ochsner, Dr. Nachar was offered through his employment at Ochsner and and provided a policy of long-term disability insurance through

7

SunLife (the "Disability Policy").

6.

On information and belief, SunLife's policy provided in its contract of insurance to Dr. Nachar that benefits would be paid to replace his income if he became disabled.

7.

In December of 2017, During his employment at Ochsner, Dr. Nachar was involved in a gym accident whereupon a weight fell onto his eye.

8.

Following the accident, Dr. Nachar was treated for his injuries at Ochsner.

9.

In late January, Dr. Nachar's treating physician submitted a form indicating that his condition would not improve to allow him to return to work. Defendant advised Ochsner to terminate his employment at that time; however, Ochsner chose not terminate him until March 12, 2018, providing more time to see if his condition would improve to allow him to return to work. Ultimately, Ochsner terminated Dr. Nachar on the grounds that his injuries precluded him from performing the material and substantial job duties of his regular occupation.

10.

Because his health care provider and employer, Ochsner, deemed him unable to perform the material and substantial job duties of his regular occupation and terminated him. Indeed, Sun Life also determined that Dr. Nachar was permanently disabled. *See e.g.* 7/25/18 Letter from Ochsner to EEOC, attached as Exhibit "1".

11.

Dr. Nachar made a claim under his disability policy with SunLife after waiting for the elimination period under the policy to run.

12.

In bad faith, Defendant Sun Life denied Dr. Nachar's claim, claiming that he was not disabled.



13.

Defendant Sun Life failed to fulfill its obligations under the policy of insurance, and is therefore liable unto your Petitioner for the following reasons, to-wit:

    a.    Failing to pay for all coverage due under the policy;

    b.    Failure to timely and properly communicate with its insured;

    c.    Breach of Contract; and

    d.    Penalties, attorney's fees, and all other statutory damages provided by La. R.S. 22:1821.

**WHEREFORE**, Plaintiff Dr. Oussama Nachar prays that Defendant **SUNLIFE INSURANCE COMPANY OF CANADA** be duly cited and served with a copy of this Petition for Damages and that after due proceedings are had, there be judgment rendered herein in favor of Plaintiff and against Defendants, **SUNLIFE INSURANCE COMPANY OF CANADA**, for his damages, penalties, attorney's fees, legal interest thereon from date of judicial demand until paid, for all costs of this suit, and for all other general and equitable relief deemed appropriate by this Court.

Respectfully submitted:

QUINN ALSTERBERG, LLC

JULIE QUINN (#21923)
JUSTIN E. ALSTERBERG (#31015)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 522-5607
Facsimile: (504) 302-9360
*Counsel for DR. OUSSAMA NACHAR*

Please Serve:

Sun Life Assurance Company of Canada
Through its agent for Service of Process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809



EBRS CK# 11574 $39.30
SOS CK# 11572 $50.00



7


Ochsner Health System

LEGAL AFFAIRS AND RISK MANAGEMENT

Rec'd via counter
FILED FOR RECORD 06/03/2019 11:12:02
Rachel A. Ponce, DY CLERK
JEFFERSON PARISH, LA     512

Filed by: Fax
Date: 5/31/19
Time: 2:40 PM
Deputy Clerk: Rachel Price
(SEE ATTACHED LOG)

July 25, 2018

Via Electronic Mail and Portal
Dimitris Walker-Bailey
Equal Employment Opportunity Commission
500 Poydras Street
New Orleans, LA 70130
dimitris.walker-bailey@eeoc.gov

    Re:    EEOC Charge No. 461-2018-01096
             Dr. Oussama Mohamed Nachar

Dear Ms. Walker-Bailey:

    The following represents the position of Ochsner Clinic Foundation ("Ochsner") in the above referenced charge of discrimination. Ochsner is an equal opportunity employer and does not discriminate against its employees.

    Dr. Nachar's termination is straight-forward and simple. Dr. Nachar was a radiologist – a position that requires that he visually interpret nuclear medical studies. Unfortunately, in December 2017, Dr. Nachar suffered from an eye-injury that left him physically unable to do his job or return to work. Though not eligible for FMLA leave, Ochsner granted Dr. Nachar 15 weeks of medical leave at which point it became clear that he would remain out of work indefinitely. Unable to accommodate an indefinite leave of absence, Ochsner terminated his employment.

### FACTUAL BACKGROUND

    On December 5, 2017, Dr. Nachar notified the Professional Staff Services Department at Ochsner that he had suffered a non-work-related injury to his eye on or about December 3, 2017. He was not eligible for leave under the FMLA, thus his application for FMLA leave was denied by Ochsner's third-party vendor, Sun-Life Financial. Nevertheless, Ochsner approved him for unpaid leave as an accommodation under the ADA.

    In late January 2018, a form submitted by Dr. Nachar's treating physician indicated that, in the treating physician's opinion, Dr. Nachar's condition would not improve. Sun Life Financial recommended termination at that time because the condition was permanent as of January 30, 2018. Ochsner, however chose not to terminate at that time and instead chose to continue providing leave under the ADA until Dr. Nachar's scheduled appointment on March 12, 2018. This appointment, however, was rescheduled, and as of March 12, 2018, there was no indication that Dr. Nachar would ever be able to return to work. The ADA does not require indefinite leave and



LEGAL AFFAIRS AND RISK MANAGEMENT

such an accommodation would be unreasonable. As such, he was terminated on March 15, 2018, because he was unable to return to work.

Dr. Nachar alleges that Ochsner failed to engage in a good faith effort to address his need for additional leave as an accommodation. This allegation is false as the facts clearly show that Ochsner provided Dr. Nachar with nearly fifteen weeks of leave to accommodate his medical condition. He was only terminated after it became clear that his medical condition was permanent and he would not be able to return to work. At that point, further leave under the ADA was not required as it would not be reasonable. Accordingly, Dr. Nachar's charge must be dismissed without cause.

Respectfully,

/s/ CLC
Catherine Cranfield
Legal Counsel



R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



SS104 (R 06/18)

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO: 795775                                                                                                    DIVISION "G"

### DR. OUSSAMA NACHAR

### VERSUS

### SUN LIFE FINANCIAL SERVICES COMPANY, INC.

FILED _____     _____
                                                                     DEPUTY CLERK

**NOTICE TO COUNSEL AND THE CLERK OF COURT
FOR THE 24th JUDICIAL DISTRICT COURT
FOR THE PARISH OF JEFFERSON**

TO:    Hon. Jon A. Gegenheimer                        Julie Quinn, Esq.
        Clerk of Court                                       Justin E. Alsterberg, Esq.
        24th Judicial District Court              Quinn Alsterberg, LLC
        Parish of Jefferson                         855 Baronne Street
        P.O. Box 10                                         New Orleans, LA 70113
        Gretna, LA 70054-0010

PLEASE TAKE NOTICE, that defendant, Sun Life Assurance Company of Canada, incorrectly denominated as "Sun Life Financial Services Company, Inc.," in the cause entitled "*Dr. Oussama Nachar v. Sun Life Financial Services Company, Inc.*," bearing Case No. 795775, Division "G," on the docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, has filed in the United States District Court for the Eastern District of Louisiana, its Notice of Removal of said action, copy of said Notice being served herewith in conformity with 28 U.S.C. § 1446, reading as follows:

Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof of all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.

*Signature and Certificate of Service, Next Page*

1

Respectfully submitted,

*Lauren A. Welch*
LAUREN A. WELCH (#17199)
McCRANIE, SISTRUNK, ANZELMO, HARDY,
McDANIEL & WELCH, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
E-mail: lwelch@mcsalaw.com
*Attorney for Defendant, Sun Life Assurance Company of Canada*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by facsimile, email, and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 20th day of August, 2019.

*Lauren A. Welch*
LAUREN A. WELCH

2